UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner, | ) | |
| v. | ) | ORDER |
| GLENN ROOTH, Respondent. | ) | |

The Court has determined that the respondent in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

The Court has determined, further, that the Federal Public Defender may review the Defendant's medical file and central file as part of the representation contemplated by 18 U.S.C. §§ 2006A and 4247(d). This order does not include any materials subject to the exemptions for disclosure of government records contained in the Freedom of Information Act, 5 U.S.C. § 552.

Dated: 10/23/00

United States Magistrate Judge

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK